1 | MELINDA L HAAG, CSBN 162312
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | JENNIFER S WANG, CSBN 233155
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
6 | FAX: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov
7
8 | Attorneys for Federal Defendant

9 | Arlo Garcia Uriarte, Esq.
LIBERATION LAW GROUP, P.C.
10 | 2760 Mission Street
San Francisco, CA 94110
11 | Tel: (415) 695-1000
Fax: (415) 695-1006
12 | arlo@liberationlawgroup.com

13 | Attorneys for Plaintiff

14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18
19 | STANULUS W. ANTOINE,            ) No. C 11-1265 TEH
                                    )
20 |           Plaintiff,            )
                                    ) **STIPULATION CONTINUING INITIAL**
    v.                              ) **CASE MANAGEMENT CONFERENCE**
21 |                                 )
    TIMOTHY F. GEITHNER, SECRETARY OF )
22 | THE TREASURY,                   )
                                    )
23 |           Defendant.            )
    _____)
24
       IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the
25
    Court, that:
26
       1. Plaintiff, Stanulus W. Antoine, filed his complaint in the above-captioned case on March
27
    15, 2011.  Plaintiff has not yet completed service of the complaint on the defendant, Timothy F.
28
    Geithner, Secretary of the Treasury.

STIPULATION TO CONTINUE INITIAL CMC
C11-1265 TEH                              1

///

2. An Initial Case Management Conference is currently set for August 22, 2011 at 1:30 p.m.

3. Plaintiff will complete service of the complaint on defendant by August 31, 2011.

4. To permit the plaintiff additional time to complete service of the complaint and to permit defendant time to respond to the complaint prior to the Initial Case Management Conference, the parties respectfully request that the Initial Case Management Conference currently scheduled for August 22, 2011 at 1:30 p.m. be continued to December 12, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: August 2, 2011               MELINDA L. HAAG
                                    United States Attorney

                                    /s/ Jennifer S Wang
                                    JENNIFER S WANG
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendant

DATED: August 2, 2011               LIBERATION LAW GROUP, P.C.

                                    /s/ Arlo Garcia Uriarte
                                    ARLO GARCIA URIARTE
                                    Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The Initial Case Management Conference will be held on December 12, 2011 at 1:30 p.m., in Courtroom 12 on the 19th Floor of 450 Golden Gate Avenue, San Francisco, California. The parties' Joint Case Management Statement will be due 7 days prior to the Initial Case Management Conference. *No further continuances shall be granted.*

DATED: 08/03/2011                   _____
                                    THELTON E. HENDERSON
                                    United States District Judge



STIPULATION TO CONTINUE INITIAL CMC
C11-1265 TEH                                        2