MELINDA L HAAG (CSBN 162312)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   FAX: (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

Arlo Garcia Uriarte, Esq.
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Tel: (415) 695-1000
Fax: (415) 695-1006
arlo@liberationlawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANULUS W. ANTOINE,<br><br>          Plaintiff,<br><br>v.<br><br>TIMOTHY F. GEITHNER, SECRETARY OF THE TREASURY,<br><br>          Defendant. | No. C 11-1265 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that:

    1. Plaintiff, Stanulus W. Antoine, filed his complaint in the above-captioned case on March 15, 2011 (the "Complaint").

STIPULATION & [PROPOSED] ORDER
REGARDING FILING OF FIRST AM. COMPL.
C11-1265 TEH          1

1    2. Plaintiff has agreed to voluntarily dismiss the second cause of action asserted in the Complaint. The parties hereby stipulate and agree to the filing of an amended complaint that reflects this dismissal, a copy of which is attached hereto as Exhibit A. Plaintiff shall file the amended complaint, a copy of which is attached hereto as Exhibit A, by no later than October 7, 2011.

   3. The undersigned counsel for the federal defendant agrees to accept service of the amended complaint for the federal defendant. The parties further stipulate and agree that the federal defendant's response to the amended complaint shall be due by no later than October 21, 2011.

IT IS SO STIPULATED.

DATED: October 3, 2011

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

JENNIFER S WANG
Assistant United States Attorney
Attorneys for Federal Defendant

DATED: October 3, 2011

LIBERATION LAW GROUP, P.C.

ARLO GARCIA URIARTE
Attorneys for Plaintiff

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: 10/6/2011

_____
Judge Thelton E. Henderson
United States District Judge

STIPULATION & [PROPOSED] ORDER
REGARDING FILING OF FIRST AM. COMPL.
C11-1265 TEH                                    2