MELINDA L. HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

Arlo Garcia Uriarte, Esq.
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Tel: (415) 695-1000
Fax: (415) 695-1006
arlo@liberationlawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANULUS W. ANTOINE,<br><br>            Plaintiff,<br><br>v.<br><br>JACOB J. LEW, SECRETARY OF THE TREASURY,<br><br>            Defendant. | No. C 11-1265 TEH<br><br>**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO FILE NOTICE OF APPEAL** |

    Plaintiff Stanulus W. Antoine and defendant Jacob J. Lew, Secretary of the Treasury, advise the Court that they have reached the following stipulation:

    WHEREAS judgment was entered in favor of defendant following an order granting summary judgment in favor of defendant;

    WHEREAS defendant has incurred costs of approximately $6,660.45 in defense of this action and seeks to recover them from plaintiff; and

STIPULATION FOR WAIVER OF COSTS AND APPEAL
C11-1265 TEH

1  WHEREAS plaintiff has the right to file a Notice of Appeal and pursue an appeal of the adverse judgement.

The parties hereby stipulate:

1. Defendant fully waives his right to seek any costs or fees from plaintiff, and will not take any further action to seek to recover any costs or fees from plaintiff related to the above-captioned action.

2. Plaintiff fully waives his right to file a notice of appeal. Plaintiff will not file a notice of appeal, or take any other action to challenge the Court's summary judgment order and/or judgment.

3. The parties will bear their own fees and costs.

Dated: May 14, 2013

Respectfully submitted,
MELINDA HAAG
United States Attorney

5/15/13
JENNIFER S WANG
Assistant United States Attorneys
Attorneys for Defendant

ARLO GARCIA URIARTE, P.C.
LIBERATION LAW GROUP P.C,
Attorneys for Plaintiff Stanulus W. Antoine

STANULUS W. ANTOINE
Plaintiff

05/16/2013
IT IS SO ORDERED
Judge Thelton E. Henderson

STIPULATION FOR WAIVER OF COSTS AND APPEAL
C11-1265 TEH                                    2